UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELISSA SAMBROOKS<br><br>*Plaintiff*,<br><br>v.<br><br>TREVOR D. LING D/B/A/ TREVOR D. LING INVESTMENTS<br><br>*Defendant*. | Civil Action No. 4:11-cv-00589<br>Jury Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Melissa Sambrooks ("Sambrooks" or "Plaintiff") and files this Notice of Voluntary Dismissal of her claims against Trevor D. Ling d/b/a Trevor D. Ling Investments ("Defendant") without prejudice as follows:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby gives notice of the voluntary dismissal of her claims against Defendant.  Defendant has not yet answered her Complaint and Plaintiff has not previously dismissed any related cause of action.  Accordingly, Plaintiff's suite should be dismissed without prejudice.

Dated:  June 16, 2011.

Respectfully submitted,

CAMARA & SIBLEY LLP


/s/ Joseph D. Sibley
Joseph D. Sibley
State Bar No. 24047203
Federal Bar No. 596623

PLAINTIFF MELISSA SAMBROOK'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

sibley@camarasibley.com
Camara & Sibley LLP
2800 Post Oak Blvd.
Suite 5220
Houston, Texas  77056
Telephone: (713) 966-6789
Fax: (713) 583-1131

**ATTORNEY FOR PLAINTIFF
MELISSA SAMBROOKS**