IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA SAMBROOKS,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-11-0589 |
| | § | |
| TREVOR D. LING d/b/a Trevor D.<br>Ling Investments,<br>    Defendant. | §<br>§<br>§<br>§ | |

## DISMISSAL ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 16th day of **June, 2011**.

_____
Nancy F. Atlas
United States District Judge